**Motion GRANTED and Order filed April 9, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00275-CV
_____

## IN RE WYATT FIELD SERVICE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-44838**

---

## ORDER

On April 8, 2014, relator Wyatt Field Service Company filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Kyle Carter, Judge of the 125th District Court, in Harris County, Texas, to set aside his order dated March 4, 2013, entered in trial court number 2011-44838,

styled *David McBride, et al. v. Exxon Mobil Corp., et al.* Relator claims respondent abused his discretion by granting a new trial.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On April 8, 2014, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and the motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2011-44838, *David McBride, et al. v. Exxon Mobil Corp., et al.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest to file a response to the petition for writ of mandamus on or before April 23, 2014**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.